IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| United States of America, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 3:98CR30200-001-DRH |
| | ) |
| Tammie M. Singleton, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter having come before the Court on a Motion to Dispose of Property filed by the United States and it appearing to the Court that the Motion is reasonable and proper and should be approved.

WHEREFORE, It is ORDERED that the Clerk's Office be authorized to destroy or otherwise dispose of the following property: Original Forfeiture Agreement and to return the Quit Claim Deed to Tammie Singleton, #04721-025, FCI-Danbury, Route 37 - Pembroke Station, Danbury, CT. 06811.

DATED: May 17, 2006

/s/    David   RHerndon
U. S. DISTRICT JUDGE